UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
_____

DARRELL GOSTON,

                Petitioner,

      v.                                        9:08-CV-0462

ROBERT K. WOODS,

                Respondent.
_____

APPEARANCES:

DARRELL GOSTON
01-B-0166
Petitioner *pro se*
Upstate Correctional Facility
P.O. Box 2001
Malone, New York 12953

NORMAN A. MORDUE, CHIEF JUDGE

## ORDER

The above matter comes to me following a Report-Recommendation by Magistrate Judge George H. Lowe, duly filed on the 25th day of June 2008. Following ten days from the service thereof, the Clerk has sent me the file, including any and all objections filed by the parties herein.

After careful review of all of the papers herein, including the Magistrate Judge's Report-Recommendation, and no objections submitted thereto, it is

ORDERED, that:

1. The Report-Recommendation is hereby adopted in its entirety.

2. The Petition for Writ of *Habeas Corpus* (Dkt. No. 1) is dismissed for the reasons set forth in the May 19, 2008 Order to Show Cause (Dkt. No. 4).

  3.  The Petitioner's motion for preliminary injunction/restraining order (Dkt. No. 2) is denied.

  4.  The Clerk of the Court shall serve a copy of this Order upon all parties and the Magistrate Judge assigned to this case.

  IT IS SO ORDERED.


Dated: July 17, 2008
   Syracuse, New York

_____
Norman A. Mordue
Chief United States District Court Judge